UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LYNN BORDERS KELSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-115 |
| | § | |
| SAMSON EXPLORATION, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

This is a lead case into which three other cases have been consolidated. *See* Southern District of Texas Case Numbers 3:17-CV-118, 3:17-CV-133, and 3:17-CV-135. The plaintiffs in the consolidated cases have filed an unopposed motion to dismiss the consolidated action with prejudice under Federal Rule of Civil Procedure 41(a)(2). That motion (Dkt. 45) is **GRANTED**. This case and all of its member cases are **DISMISSED WITH PREJUDICE**, with each party bearing that party's own fees and costs. This is a **FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 28th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge